## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BEAZER HOMES CORP. and BASIC
CONTRUCTIONS SERVICEDS CO.,

    Petitioners,

v.                                             Case No: 8:13-mc-100-T-30TGW

SPENCER & ASSOCIATES
ARCHITECTURE, INC.,

    Respondent.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  An endorsed Order (Dkt. #2) was entered on March 25, 2014, which directed Petitioners to provide Notice to the Court within fourteen days as to whether this case should be closed or remain pending. Petitioners were warned that failure to timely respond to the Order (Dkt. #2) would result in this case being closed without further notice.  Petitioners have failed to timely file a Notice with the Court.   Accordingly, it is therefore

**ORDERED AND ADJUDGED** as follows:

1.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of April, 2014.

                                                                 JAMES S. MOODY, JR.
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record